Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 13−32399−NLW
    Chapter: 13
    Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nureddin Demircan | Suzan Demircan |
| 95 Timberline Dr. | 45 Timberline Dr. |
| Wayne, NJ 07470 | Wayne, NJ 07470 |

Social Security No.:
  xxx−xx−0008                                               xxx−xx−4011

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           12/12/13
Time:          09:00 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 28, 2013
JJW: car

                                                James J. Waldron
                                                Clerk, U. S. Bankruptcy Court